# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMINATEH DIVINE ACHA,<br><br>    Plaintiff<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Case No: 1:25-cv-12582-JEK<br><br>**PLAINTIFF'S MOTION TO WITHDRAW HIS COMPLAINT** |

    Plaintiff moves to withdraw his complaint, submitted to this Honorable Court September 15, 2025, and accompanying motion for a preliminary injunction. The parties in this case have reached a satisfactory resolution and have confirmed the execution of that resolution. Both parties have stipulated to this motion to withdraw the complaint.

    WHEREFORE, Plaintiff respectfully requests that the Court grant this motion to withdraw the complaint.

Dated: Nov. 19, 2025                                                                                  Respectfully submitted,

*[signature]*

                                                                                             Robin Nice, Esq.

                                                    McHaffey & Nice, LLC

                                                    6 Beacon St., Suite 720

                                                    Boston, MA 02108

## CERTIFICATE OF SERVICE

     Counsel for Plaintiff certifies that they have submitted the foregoing motion with the Clerk of Court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiff hereby certifies that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).


Dated: Nov. 19, 2025                                                                           /s/ Robin Nice